■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL GRANT, Appellant.—Judgment unanimously affirmed. Memorandum: Defendant was not denied effective assistance of counsel by his trial attorney's unsuccessful suppression motion and subsequent cross-examination of police officers concerning the basis for the search warrant (*see generally, People v Rivera,* 71 NY2d 705, 708-709; *People v Baldi,* 54 NY2d 137, 146-147).

Defendant's remaining arguments on appeal are unpreserved and we decline to reach them in the interest of justice. (Appeal from Judgment of Onondaga County Court, Cunning-

ham, J.—Burglary, 2nd Degree.) Present—Boomer, J. P., Pine, Lawton, Fallon and Doerr, JJ.